No. 17-16783

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

HIQ LABS, INC.

*Plaintiff-Appellant*

v.

LINKEDIN CORP.

*Defendant-Appellant*

On Appeal from the United States District Court

For the Northern District of California

The Honorable Edward M. Chen

**SUPPLEMENTAL DISCLOSURE REGARDING INTEREST IN THE APPEAL OF *AMICUS CURIAE* 3TAPS, INC.**

Thomas V. Christopher
The Law Offices of Thomas V. Christopher
The Bank of America Center
555 California Street, Suite 4925
San Francisco, CA 94104
(415) 659-1805 (t)
(415) 659-1850 (f)

Thomas@ThomasChristopherLaw.com

*Attorney for Amicus Curiae*, 3taps, Inc.

# SUPPLEMENTAL DISCLOSURE REGARDING STATEMENT OF INTEREST OF *AMICUS CURIAE*

3taps, Inc. ("3taps") respectfully files this supplemental disclosure regarding its interest in the outcome of these proceedings.  3taps is unaware of any legal authority requiring the specific disclosure being made in this supplemental filing but does so in the interest of candor and transparency.

3taps' primary investor and Chief Executive Officer is Greg Kidd, an individual.  Mr. Kidd is also a significant investor in Hard Yaka, Inc. ("Hard Yaka").  Hard Yaka, in turn, is an investor in hiQ Labs, Inc., and 3taps.

_____/s/ *Thomas Christopher*

Thomas V. Christopher
The Law Offices of
Thomas V. Christopher
555 California Street, Suite 4925
San Francisco, CA 94104
Tel: (415) 659-1805
Thomas@ThomasChristopherlaw.com

Attorney for *Amicus Curiae*
3taps, Inc.

1