THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for Plaintiff
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3TAPS, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Defendant. | CASE NO.: _____<br><br>**PLAINTIFF 3TAPS, INC.'S CERTIFICATE OF INTERESTED PERSONS UNDER LOCAL RULE 3-15 AND CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

**Certificate of Interested Persons of Plaintiff 3taps, Inc.**　　　　　　　　　　　　　　　**Case No.** _____

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff 3taps, Inc., certifies that it is not a publicly-traded corporation and that no publicly-traded corporation owns more than 10% of its stock.

DATED: February 8, 2018

                THE LAW OFFICES OF THOMAS V. CHRISTOPHER

                By: /s/ Thomas Christopher
                      THOMAS CHRISTOPHER
                      thomas@thomaschristopherlaw.com
                      Attorney for Plaintiff
                      3TAPS, INC.