THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for Plaintiff
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3TAPS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO.: 5: 18-cv-00855-NC<br><br>**3TAPS, INC.'S DEMAND FOR JURY TRIAL** |

1  Plaintiff 3taps, Inc. hereby demands a jury trial on all issue so triable.

2

3  DATED: February 20, 2018

4  THE LAW OFFICES OF THOMAS V. CHRISTOPHER

5

6  By: /s/ Thomas Christopher
7        THOMAS CHRISTOPHER
        thomas@thomaschristopherlaw.com
        Attorney for Plaintiff
8        3TAPS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28