1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   3Taps, Inc,                           Case No.  18-cv-00855-EMC
                    Plaintiff,
8
9        v.                               **CASE MANAGEMENT CONFERENCE**
                                          **ORDER IN REASSIGNED CASE**
10  Linkedin Corporation
                    Defendants.
11
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14          The above matter having been reassigned to District Judge Edward M. Chen, for
15  trial and all further proceedings.
16          IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 16
    and Civil Local Rule 16-10, a case management conference will be held in this case before
17
    the Honorable Edward M. Chen on Thursday, March 29, 2018 at 10:30 a.m., in Courtroom
18
    5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.
19
20          1.      The parties shall file a joint case management conference statement one
    week in advance of the case management conference date.  The statement must include all
21
    elements requested in the "Standing Order for All Judges of the Northern District of
22
    California – Contents of Joint Case Management Statement."  In cases involving pro se
23
    litigants, parties shall attempt to file a joint statement; if after due diligence an agreement
24
    cannot be reached, the parties may file separate case management statements, with each
25
    statement not to exceed seven (7) pages.
26
            2.      Any request to reschedule the case management conference date must be
27
    made in writing and by stipulation, if possible, not less than ten (10) days before the
28

United States District Court
Northern District of California

conference date.  Good cause must be shown.

3.     Unless proceeding pro se, each party shall be represented at the case management conference by counsel with full and complete authority to address all of the matters referred to in (a) Federal Rules of Civil Procedure 16(c) and 26(f) and (b) the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."  Counsel must also have full and complete authority to enter stipulations and made admissions.

4.     After the case management conference is concluded, an order will be entered setting dates for, e.g., the close of discovery, hearing dispositive motions, the final pretrial conference, and trial.  Other orders regulating and controlling future proceedings may also be entered (e.g., orders setting further status conferences).

5.     All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "EMC."  A copy of all documents filed, whether electronically or manually, shall be submitted to the Clerk's Office in an envelope clearly marked with the case number and "EMC Chambers Copy" no later than the time prescribed by Civil Local Rule 5-1(e)(7).  The chambers copy must be three-hole punched on the left-hand side.  Exhibits to declarations must be tabbed.

6.     Plaintiff(s) shall serve copies of (a) this Order, (b) the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement," (c) this Court's "Civil Standing Order – General," and (d) this Court's "Civil Standing Order on Discovery" at once upon all parties to the action, and upon those subsequently joined, in accordance with the provisions of  Federal Rules of Civil Procedure 4 and 5.  In addition, Plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil Local Rule 5-5(a).

7.     Failure to comply with this order, Federal Rules of Civil Procedure 16 and 26(f), and/or Civil Local Rule 16-10 may be grounds for sanctions.  See Fed. R. Civ. P. 16(f).

///

United States District Court
Northern District of California

1   Plaintiff is directed to serve a copy of this Order upon all non-efiler defendants.  Standing

2   order can be found in this Court's website.

3   **IT IS SO ORDERED.**

4   Dated:  February 28, 2018

5

6   _____

7   EDWARD M. CHEN
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3