JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (State Bar No. 288293)
nicholas.fram@mto.com
ELIA HERRERA (State Bar No. 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>        Defendant. | Case No. 18-cv-00855-EMC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:    Hon. Edward M. Chen<br><br>Action Filed:        February 8, 2018<br>Trial Date:          None Set |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorneys of the law firm Munger, Tolles & Olson LLP hereby appear as an additional attorneys of record on behalf of Defendant LinkedIn Corporation.

        NICHOLAS D. FRAM (State Bar No. 288293)
        nicholas.fram@mto.com
        ELIA HERRERA (State Bar No. 293278)
        elia.herrera@mto.com
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street
        Twenty-Seventh Floor
        San Francisco, California 94105-2907
        Telephone:     (415) 512-4000
        Facsimile:     (415) 512-4077

1  DATED:  October 17, 2018                    MUNGER, TOLLES & OLSON LLP

2

3

4                                             By:        /s/Nicholas D. Fram
                                                     NICHOLAS D. FRAM

5                                             *Attorneys for Defendant LinkedIn Corporation*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28