THOMAS V. CHRISTOPHER (SBN 185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile: (415) 659-1950

*Attorneys for Plaintiff 3taps, Inc.*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Edward M. Chen<br><br>Action Filed:   February 8, 2018<br>Trial Date:      None Set |

1    WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed the complaint in the above-captioned

2 action against Defendant LinkedIn Corporation ("LinkedIn") on February 8, 2018 ("Complaint,"

3 ECF No. 1);

4    WHEREAS, on February 23, 2018, the 3taps Action was reassigned to this Court as related

5 to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action") (*see* ECF No. 97 in

6 No. 17-cv-03301-EMC) (the "hiQ Action");

7    WHEREAS, an appeal in the hiQ Action is currently pending in the Court of Appeals for

8 the Ninth Circuit, and the hiQ Action is currently stayed pending resolution of that appeal (No. 17-

9 16783, the "hiQ Appeal");

10   WHEREAS, pursuant to stipulation, the Court stayed the above-captioned action pending

11 the resolution of the hiQ Appeal (ECF No. 10, the "Stay Order");

12   WHEREAS, oral argument in the hiQ Appeal was held on March 15, 2018;

13   WHEREAS, the Ninth Circuit has yet to resolve the hiQ Appeal;

14   WHEREAS, the initial case management conference in the above-captioned matter is

15 currently scheduled for November 5, 2018 at 10:30 a.m.;

16   NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND

17 AGREED:

18      1.   The November 5, 2018 initial Case Management Conference is continued to

19 February 7, 2019 at 9:30 a.m.

20      2.   Nothing in this stipulation is intended to displace any provisions of the Stay

21 Order (ECF No. 10).

22

23

24

25

26

27

28

DATED: October 17, 2018              THE LAW OFFICES OF THOMAS V. CHRISTOPHER

By: _____*/s/ Thomas V. Christopher*_____
THOMAS V. CHRISTOPHER

*Attorneys for Plaintiff 3taps, Inc.*

DATED: October 17, 2018              MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Jonathan H. Blavin*_____
JONATHAN H. BLAVIN

*Attorneys for Defendant LinkedIn Corporation*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Thomas V. Christopher concurred in the filing of this document.

____*/s/ Jonathan H. Blavin*____
Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October _17_, 2018

_____
The Honorable Edward M. Chen
United States District Judge