THOMAS V. CHRISTOPHER (SBN 185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile: (415) 659-1950

*Attorneys for Plaintiff 3taps, Inc.*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 18-cv-00855-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge:   Hon. Edward M. Chen <br><br> Action Filed:   February 8, 2018 <br> Trial Date:   None Set |

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed the complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 8, 2018 ("Complaint," ECF No. 1);

WHEREAS, on February 23, 2018, the 3taps Action was reassigned to this Court as related to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action") (*see* ECF No. 97 in No. 17-cv-03301-EMC) (the "hiQ Action");

WHEREAS, an appeal in the hiQ Action is currently pending in the Court of Appeals for the Ninth Circuit, and the hiQ Action is currently stayed pending resolution of that appeal (No. 17-16783, the "hiQ Appeal");

WHEREAS, pursuant to stipulation, the Court stayed the above-captioned action pending the resolution of the hiQ Appeal (ECF No. 10, the "Stay Order");

WHEREAS, oral argument in the hiQ Appeal was held on March 15, 2018;

WHEREAS, the Ninth Circuit has yet to resolve the hiQ Appeal;

WHEREAS, the initial case management conference in the above-captioned matter is currently scheduled for February 7, 2019 at 9:30 a.m. (ECF No. 14);

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. The February 7, 2019 initial Case Management Conference is continued to May 2, 2019 at 9:30 a.m.  Joint case management conference statement due April 25, 2019.

2. Nothing in this stipulation is intended to displace any provisions of the Stay Order (ECF No. 10).

//
//
//
//
//
//
//

DATED: January 24, 2019                 THE LAW OFFICES OF THOMAS V. CHRISTOPHER

By: */s/ Thomas V. Christopher*
THOMAS V. CHRISTOPHER

*Attorneys for Plaintiff 3taps, Inc.*

DATED: January 24, 2019                 MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN

*Attorneys for Defendant LinkedIn Corporation*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Thomas V. Christopher concurred in the filing of this document.

 */s/ Jonathan H. Blavin*
Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 24, 2019

The Honorable Edward M. Chen
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE; CASE NO. 18-CV-00855-EMC