THOMAS V. CHRISTOPHER (SBN 185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile: (415) 659-1950

*Attorneys for Plaintiff 3taps, Inc.*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| 3taps, Inc., | Case No. 18-cv-00855-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LinkedIn Corporation, | Judge:   Hon. Edward M. Chen |
| Defendant. | Action Filed:   February 8, 2018<br>Trial Date:   None Set |

1  WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed the complaint in the above-captioned
2  action against Defendant LinkedIn Corporation ("LinkedIn") on February 8, 2018 ("Complaint,"
3  ECF No. 1);
4  WHEREAS, on February 23, 2018, the 3taps Action was reassigned to this Court as related
5  to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action") (*see* ECF No. 97 in
6  No. 17-cv-03301-EMC) (the "hiQ Action");
7  WHEREAS, an appeal in the hiQ Action is currently pending in the Court of Appeals for
8  the Ninth Circuit, and the hiQ Action is currently stayed pending resolution of that appeal (No. 17-
9  16783, the "hiQ Appeal");
10  WHEREAS, pursuant to stipulation, the Court stayed the above-captioned action pending
11  the resolution of the hiQ Appeal (ECF No. 10, the "Stay Order");
12  WHEREAS, oral argument in the hiQ Appeal was held on March 15, 2018;
13  WHEREAS, the Ninth Circuit has yet to resolve the hiQ Appeal;
14  WHEREAS, the initial case management conference in the above-captioned matter is
15  currently scheduled for May 2, 2019 at 9:30 a.m. (ECF No. 15);
16  NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND
17  AGREED:
18  1.  The February 7, 2019 initial Case Management Conference is continued to
19  August 8, 2019 at 9:30 a.m.
20  2.  Nothing in this stipulation is intended to displace any provisions of the Stay
21  Order (ECF No. 10).

DATED: April 22, 2019         THE LAW OFFICES OF THOMAS V. CHRISTOPHER

By: */s/ Thomas V. Christopher*
      THOMAS V. CHRISTOPHER

*Attorneys for Plaintiff 3taps, Inc.*

DATED: April 22, 2019         MUNGER, TOLLES & OLSON LLP

By: */s/ Jonathan H. Blavin*
      JONATHAN H. BLAVIN

*Attorneys for Defendant LinkedIn Corporation*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Thomas V. Christopher concurred in the filing of this document.

 */s/ Jonathan H. Blavin*
 Jonathan H. Blavin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 22, 2019

The Honorable Edward M. Chen
United States District Judge