THOMAS V. CHRISTOPHER (SBN # 185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile: (415) 659-1950

*Attorneys for Plaintiff 3taps, Inc.*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
ELIA HERRERA (SBN 293278)
elia.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**NOTICE PURSUANT TO ECF NO. 10 RE MANDATE IN hiQ APPEAL**<br><br>Judge:　Hon. Edward M. Chen<br><br>Action Filed:　February 8, 2018<br>Trial Date:　None Set |

Pursuant to the Parties' stipulation, the Court stayed this action pending the issuance of the mandate in the appeal filed by Defendant LinkedIn Corporation ("LinkedIn") in Case No. 17 Civ. 3301 (EMC), *hiQ Labs, Inc. v. LinkedIn Corp.* *See* ECF Nos. 10 (Stipulation and Order Staying Further Proceedings and Deadlines); 22 (Stipulation and Order Clarifying Stay). Pursuant to these orders, the Parties agreed to inform the Court of the issuance of the Ninth Circuit's mandate in the *hiQ* appeal within 10 days of its issuance. The Ninth Circuit issued its mandate on November 19, 2019. *See* ECF No. 124 in Case No. 17 Civ. 3301 (EMC).

The Parties write to inform the Court that they are continuing to meet and confer regarding the next steps in this case. The initial status conference is set for January 30, 2020 at 9:30 a.m. *See* ECF No. 22. No intervention from the Court is needed at this time.

DATED: November 27, 2019         THE LAW OFFICES OF THOMAS V. CHRISTOPHER

By:  ___/s/ Thomas V. Christopher___
THOMAS V. CHRISTOPHER

*Attorneys for Plaintiff 3taps, Inc.*

DATED: November 27, 2019         MUNGER, TOLLES & OLSON LLP

By:  ___/s/ Jonathan H. Blavin___
JONATHAN H. BLAVIN

*Attorneys for Defendant LinkedIn Corporation*

### N.D. Cal. Civil Local Rule 5-1 Attestation

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Thomas V. Christopher concurred in the filing of this document.

___/s/ Jonathan H. Blavin___
Jonathan H. Blavin