JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
MARIANNA MAO (State Bar No. 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>        Defendant. | Case No. 18-cv-00855-EMC<br><br>**NOTICE OF APPEARANCE OF MARIANNA MAO AS COUNSEL FOR LINKEDIN CORPORATION**<br><br>Judge:        Hon. Edward M. Chen<br><br>Trial Date:   None Set |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles & Olson LLP hereby appears as an additional attorney of record on behalf of Defendant LinkedIn Corporation.

>   MARIANNA MAO (State Bar No. 318070)
>   MUNGER, TOLLES & OLSON LLP
>   560 Mission Street
>   Twenty-Seventh Floor
>   San Francisco, California  94105-2907
>   Telephone:  (415) 512-4000
>   Facsimile:   (415) 512-4077

1  DATED: January 17, 2020              MUNGER, TOLLES & OLSON LLP

2                                       By:    */s/ Jonathan H. Blavin*
3                                              JONATHAN H. BLAVIN
                                        Attorneys for LinkedIn Corporation