JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
MARIANNA MAO (State Bar No. 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>         Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>         Defendant. | Case No. 18-cv-00855-EMC<br><br>**NOTICE OF WITHDRAWAL OF ELIA HERRERA AS COUNSEL FOR LINKEDIN CORPORATION**<br><br>Judge:         Hon. Edward M. Chen<br>Trial Date:    None Set |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that as of January 17, 2020, Elia Herrera will no longer be associated with the firm Munger, Tolles & Olson LLP, and is hereby withdrawn as counsel for Defendant in the above referenced matter.  The law firm of Munger, Tolles & Olson LLP will continue to serve as counsel for Defendant.

DATED:  January 17, 2020          MUNGER, TOLLES & OLSON LLP

                                  By:   */s/ Jonathan H. Blavin*
                                        JONATHAN H. BLAVIN
                                        Attorneys for LinkedIn Corporation