THOMAS V. CHRISTOPHER (SBN # 185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V.
CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile: (415) 659-1950

*Attorneys for Plaintiff 3taps, Inc.*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
|        Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|    vs. | |
| LinkedIn Corporation, | Judge:   Hon. Edward M. Chen |
|        Defendant. | Action Filed:     February 8, 2018<br>Trial Date:        None Set |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed the complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 8, 2018 (ECF No. 1);

WHEREAS the complaint in the above-captioned action consists of a single count for a declaratory judgment that LinkedIn cannot assert the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("CFAA") to prevent 3taps from accessing certain portions of LinkedIn's website;

WHEREAS, on February 23, 2018, this action was reassigned to this Court as related to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action") (*see* ECF No. 97 in No. 17-cv-03301-EMC);

WHEREAS, on March 9, 2020, LinkedIn filed a petition for a writ of certiorari in the Supreme Court of the United States in the hiQ Action ("Petition") concerning a question concerning the scope of the CFAA, the outcome of which may impact the viability of the declaratory judgment that 3taps seeks in this action;

WHEREAS, the Court entered a scheduling order in this case whereby LinkedIn's deadline to answer or otherwise respond to the complaint, the resumption of discovery, and other deadlines depend on the date that the Supreme Court either rules on LinkedIn's Petition, or issues an opinion on the merits in the hiQ Action (ECF No. 30);

WHERAS, the Supreme Court likely will not consider the Petition until the end of September, 2020, based on its current briefing schedule;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

    1.  The case management conference currently set for July 23, 2020 is continued to December 17, 2020 at 1:30 p.m.

    2.  Nothing in this stipulation or order affects any other deadline in ECF No. 30.

//

1   DATED:  June 16, 2020                   THE LAW OFFICES OF THOMAS V.
2                                           CHRISTOPHER

3
                                    By:     _____/s/ Thomas V. Christopher_____
4                                           THOMAS V. CHRISTOPHER

5                                           *Attorneys for Plaintiff 3taps, Inc.*

6

7   DATED:  June 16, 2020                   MUNGER, TOLLES & OLSON LLP

8

9
                                    By:     _____/s/ Jonathan H. Blavin_____
10                                          JONATHAN H. BLAVIN

11                                          *Attorneys for Defendant LinkedIn Corporation*

12  **N.D. Cal. Civil Local Rule 5-1 Attestation**

13      I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic

14  filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that

15  Thomas V. Christopher concurred in the filing of this document.

16

17                          ___/s/ Jonathan H. Blavin_____
                                Jonathan H. Blavin
18

19

20                          **[PROPOSED] ORDER**

21      Pursuant to Stipulation, it is SO ORDERED.

22

23  DATED:  June ___, 2020

24

25                          _____
26                              The Honorable Edward M. Chen

27

28