1  THOMAS V. CHRISTOPHER (SBN # 185928)
   Thomas@ThomasChristopherLaw.com
2  THE LAW OFFICES OF THOMAS V. CHRISTOPHER
3  555 California Street, Suite 4925
   San Francisco, California 94104
4  Telephone: (415) 659-1805
   Facsimile: (415) 659-1950

*Attorneys for Plaintiff 3taps, Inc.*

JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
NICHOLAS D. FRAM (SBN 288293)
nicholas.fram@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:　Hon. Edward M. Chen<br><br>Action Filed:　February 8, 2018<br>Trial Date:　　None Set |

WHEREAS, on February 8, 2018, Plaintiff 3taps, Inc. ("3taps") filed the complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn"), consisting of a single count for a declaratory judgment that LinkedIn cannot assert the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("CFAA") to prevent 3taps from accessing certain portions of LinkedIn's website (ECF No. 1);

WHEREAS, on February 23, 2018, this action was reassigned to this Court as related to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action") (*see* ECF No. 97 in No. 17-cv-03301-EMC);

WHEREAS, on March 9, 2020, LinkedIn filed a petition for a writ of certiorari in the Supreme Court of the United States in the hiQ Action ("Petition") concerning the scope of the CFAA, the outcome of which may impact the viability of the declaratory judgment that 3taps seeks in this action;

WHEREAS, the Court entered a scheduling order in this case whereby LinkedIn's deadline to answer or otherwise respond to the complaint, the resumption of discovery, and other deadlines depend on the date that the Supreme Court of the United States either rules on LinkedIn's Petition, or issues an opinion on the merits in the hiQ Action (ECF No. 30);

WHERAS, the Petition remains pending;

WHEREAS, there is a case management conference scheduled for December 17, 2020 at 9:30 a.m. (ECF No. 32);

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. The case management conference currently set for December 17, 2020 at 9:30 a.m is continued to March 4, 2021 at 9:30 a.m.

2. Nothing in this stipulation or order affects any other deadline in ECF No. 30.

//

DATED: December 4, 2020          THE LAW OFFICES OF THOMAS V. CHRISTOPHER


By:   */s/ Thomas V. Christopher*
      THOMAS V. CHRISTOPHER

*Attorneys for Plaintiff 3taps, Inc.*


DATED: December 4, 2020          MUNGER, TOLLES & OLSON LLP


By:   */s/ Jonathan H. Blavin*
      JONATHAN H. BLAVIN

*Attorneys for Defendant LinkedIn Corporation*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Jonathan H. Blavin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Thomas V. Christopher concurred in the filing of this document.

  */s/ Jonathan H. Blavin*
  Jonathan H. Blavin


**[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: December _4_, 2020

_____
The Honorable Edward M. Chen