```
1    ANNETTE L. HURST (SBN 148738)
     ahurst@orrick.com
2    RUSSELL P. COHEN (SBN 213105)
     rcohen@orrick.com
3    NATHAN SHAFFER (SBN 282015)
     nshaffer@orrick.com
4    DANIEL JUSTICE (SBN 291907)
     djustice@orrick.com
5    ORRICK, HERRINGTON & SUTCLIFFE LLP
     405 Howard Street
6    San Francisco, CA  94105-2669
     Telephone:    +1 415 773 5700
7    Facsimile:    +1 415 773 5759

8    ROBERT L. URIARTE (SBN 258274)
     ruriarte@orrick.com
9    MARIA N. SOKOVA (SBN 323627)
     msokova@orrick.com
10   ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
11   Menlo Park, CA  94025-1015
     Telephone:    +1 650 614 7400
12   Facsimile:    +1 650 614 7401

13   Attorneys for Defendant
     LinkedIn Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| LinkedIn Corporation, | Judge:    Hon. Edward M. Chen |
| Defendant. | |

1  PLEASE TAKE NOTICE that Annette L. Hurst of Orrick, Herrington & Sutcliffe LLP
2  enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3  Corporation.
4  LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5  required to be given, and all papers served or required to be served in the above-captioned matter
6  be provided to and served upon counsel at the address set forth below:

Annette L. Hurst
ahurst@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Dated:  December 23, 2020                                    Orrick, Herrington & Sutcliffe LLP

By:   */s/ Annette L. Hurst*
Annette L. Hurst

- 1 -

NOTICE OF APPEARANCE
18-cv-00855-EMC