| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 4 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 6 | San Francisco, CA  94105-2669 |
|   | Telephone:    +1 415 773 5700 |
| 7 | Facsimile:    +1 415 773 5759 |

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for Defendant*
*LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| LinkedIn Corporation, | Judge:    Hon. Edward M. Chen |
| Defendant. | |

NOTICE OF APPEARANCE
18-cv-00855-EMC

1  PLEASE TAKE NOTICE that Russell P. Cohen of Orrick, Herrington & Sutcliffe LLP
2  enters his appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3  Corporation.
4  LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5  required to be given, and all papers served or required to be served in the above-captioned matter
6  be provided to and served upon counsel at the address set forth below:

Russell P. Cohen
rcohen@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Dated:  December 23, 2020                             Orrick, Herrington & Sutcliffe LLP

                                          By:      */s/ Russell P. Cohen*
                                                         Russell P. Cohen

- 1 -                                           NOTICE OF APPEARANCE
                                                18-cv-00855-EMC