ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:     +1 650 614 7401

*Attorneys for Defendant*
*LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 18-cv-00855-EMC <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:     Hon. Edward M. Chen |

1  PLEASE TAKE NOTICE that Nathan Shaffer of Orrick, Herrington & Sutcliffe LLP
2  enters his appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3  Corporation.
4  LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5  required to be given, and all papers served or required to be served in the above-captioned matter
6  be provided to and served upon counsel at the address set forth below:

Nathan Shaffer
nshaffer@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Dated:  December 23, 2020                                        Orrick, Herrington & Sutcliffe LLP

                                                                  By:   */s/ Nathan Shaffer*
                                                                            Nathan Shaffer

- 1 -

NOTICE OF APPEARANCE
18-cv-00855-EMC