```
1   ANNETTE L. HURST (SBN 148738)
    ahurst@orrick.com
2   RUSSELL P. COHEN (SBN 213105)
    rcohen@orrick.com
3   NATHAN SHAFFER (SBN 282015)
    nshaffer@orrick.com
4   DANIEL JUSTICE (SBN 291907)
    djustice@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
6   San Francisco, CA  94105-2669
    Telephone:    +1 415 773 5700
7   Facsimile:    +1 415 773 5759

8   ROBERT L. URIARTE (SBN 258274)
    ruriarte@orrick.com
9   MARIA N. SOKOVA (SBN 323627)
    msokova@orrick.com
10  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
11  Menlo Park, CA  94025-1015
    Telephone:    +1 650 614 7400
12  Facsimile:    +1 650 614 7401

13  Attorneys for Defendant
    LinkedIn Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 18-cv-00855-EMC <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:    Hon. Edward M. Chen |

1  PLEASE TAKE NOTICE that Maria N. Sokova of Orrick, Herrington & Sutcliffe LLP
2  enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3  Corporation.
4  LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5  required to be given, and all papers served or required to be served in the above-captioned matter
6  be provided to and served upon counsel at the address set forth below:

    Maria N. Sokova
    msokova@orrick.com
    Orrick, Herrington & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA  94025-1015
    Telephone:  +1 650 614 7400
    Facsimile:  +1 650 614 7401

Dated:  December 23, 2020

Orrick, Herrington & Sutcliffe LLP

By:  */s/ Maria N. Sokova*
       Maria N. Sokova