ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for Defendant*
*LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>LinkedIn Corporation,<br><br>          Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge:     Hon. Edward M. Chen |

1  WHEREAS 3Taps, Inc. ("3Taps") filed a complaint in this action against LinkedIn
2  Corporation ("LinkedIn") on February 8, 2018;
3  WHEREAS on February 23, 2018, the Court ordered this action related to *hiQ Labs, Inc.*
4  *v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action");
5  WHEREAS the parties filed a Stipulation with Proposed Order on March 7, 2018 stating
6  their agreement that, pending LinkedIn's appeal to the Ninth Circuit in the hiQ Action, a stay
7  would be in the interests of judicial efficiency and conserving the resources of this Court and the
8  parties;
9  WHEREAS, pursuant to the March 7, 2018 Stipulation, the Court stayed the above-
10 captioned action pending the resolution of the hiQ Appeal; Dkt. 10 ("Stay Order");
11 WHEREAS, on March 9, 2020, LinkedIn filed a petition for a writ of certiorari in the
12 Supreme Court of the United States in the hiQ Action ("Petition");
13 WHEREAS, the Court entered a scheduling order in this case whereby LinkedIn's
14 deadline to answer or otherwise respond to the complaint, the resumption of discovery, and other
15 deadlines depend on the date that the Supreme Court of the United States either rules on
16 LinkedIn's Petition, or issues an opinion on the merits in the hiQ Action, Dkt. 30;
17 WHEREAS, the Petition remains pending;
18 WHEREAS, there is a case management scheduled for March 4, 2021;
19 NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND
20 AGREED:
21 1. The case management conference currently set March 4, 2021 at 9:30 a.m
22 is continued to June 4, 2021 at 9:30 a.m.
23 2. Nothing in this stipulation or order affects any other deadline in Dkt. 30.

| | |
|---|---|
| Dated:  February 26, 2021 | THE LAW OFFICES OF THOMAS V. CHRISTOPHER |
| | By:  */s/ Thomas V. Christopher* |
| | Thomas V. Christopher |
| | *Attorneys for Plaintiff 3Taps, Inc.* |
| | |
| Dated:  February 26, 2021 | ORRICK HERRINGTON & SUTCLIFFE |
| | By:  */s/ Robert L. Uriarte* |
| | Robert L. Uriarte |
| | *Attorneys for LinkedIn Corp.* |

### **Local Rule 5-1 Attestation**

I attest that Thomas V. Christopher concurred in the filing of this document.

*/s/ Robert L. Uriarte*

### **[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

_____

The Honorable Edward M. Chen