| | |
|---|---|
| 1 | ANNETTE L. HURST (STATE BAR NO. 148738) |
| | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (STATE BAR NO. 213105) |
| | rcohen@orrick.com |
| 3 | ROBERT L. URIARTE (STATE BAR NO. 258274) |
| | ruriarte@orrick.com |
| 4 | DANIEL JUSTICE (STATE BAR NO. 291907) |
| | djustice@orrick.com |
| 5 | NATHAN SHAFFER (STATE BAR NO. 282015) |
| | nshaffer@orrick.com |
| 6 | MARIA N. SOKOVA (STATE BAR NO. 323627) |
| | msokova@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 8 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 9 | Telephone:   +1 415 773 5700 |
| | Facsimile:    +1 415 773 5759 |

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| Plaintiff, | **DEFENDANT'S LINKEDIN CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Judge:         Hon. Edward M. Chen |
| | Trial Date:   None Set |
| | Action Filed: February 8, 2018 |

4141-7905-6943

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
18-CV-00855-EMC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LinkedIn Corporation ("LinkedIn") states that LinkedIn is a wholly owned subsidiary of Microsoft Corporation ("Microsoft").  Microsoft is a publicly traded company. No person or entity owns more than 10% of Microsoft's outstanding common stock.

DATED: June 8, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert L. Uriarte*
Robert L. Uriarte

Attorneys for Defendant, LinkedIn Corporation