**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** June 10, 2021  **Time:** 9:30 - 9:34 = 4 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 18-cv-00855-EMC  **Case Name:** 3Taps, Inc v. Linkedin Corporation

**Attorney for Plaintiff:** Thomas Christopher
**Attorney for Defendant:** Robert Uriarte

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Ruth Ekhaus

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference held.

**SUMMARY**

Parties stated appearances.

LinkedIn's certiorari petition is currently pending in the Supreme Court. There has been some movement this week - the petition was circulated for conference. LinkedIn submitted a supplemental brief discussing Van Buren's impact on importance of petition. Nothing further expected until at least next week. This case remains stayed until issuance of Supreme Court ruling.

Further Case Management Conference set 7/15/2021. Joint cmc statement due 7/8/2021.