## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** July 15, 2021  **Time:** 10:31- 10:37= 6 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 18-cv-00855-EMC  **Case Name:** 3Taps, Inc v. Linkedin Corporation
Related to:17-cv-03301-EMC       hiQ Labs, Inc. v. Linkedin Corporation

**Attorney for Plaintiff:** Thomas Christopher
**Attorney for Defendant:** Robert Uriarte

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference held.

### SUMMARY

Parties stated appearances.

ADR: Parties agree clarification from the Ninth Circuit is needed before progressing this case. Court encouraged parties to begin discussions on ADR options (private mediation, court-sponsored mediation, settlement conference). Court will need advance time to schedule.

Supplemental Briefs to 9th Circuit have been filed.

Court granted parties' joint request that discovery be STAYED until 10 days after appeal in hiQ matter is resolved.

Court sets further case management conference as control date for 10/19/2021 at 2:30PM