UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LINKEDIN'S MOTION TO DISMISS**<br><br>Judge:　　　　Hon. Edward M. Chen<br>Hearing Date:　November 18, 2021<br>Hearing Time:　1:30 p.m.<br>Ctrm:　　　　Courtroom 5<br>Trial Date:　　None Set |

On August 13, 2021, Defendant LinkedIn Corporation ("LinkedIn") moved to dismiss the Complaint of Plaintiff 3taps, Inc. ("3taps") in this action. Having reviewed and considered the parties' written submissions and arguments, as well as the other related papers and pleadings on file herein, and finding good cause appearing, the Court hereby GRANTS Defendant's Motion to Dismiss.

Plaintiff's Complaint presents a single claim for declaratory relief regarding the Computer Fraud and Abuse Act. The Court finds that Plaintiff's Complaint must be dismissed because there is no Article III case or controversy between the parties and as such no subject matter jurisdiction. First, 3taps alleges no concrete harm, the hallmark requirement of standing to maintain suit. Second, there is no actual case or controversy between 3taps and LinkedIn because there is no ripe dispute; 3taps' Complaint improperly presents a request for an advisory opinion.

Accordingly, IT IS HEREBY ORDERED THAT, for the reasons explained above, LinkedIn's Motion to Dismiss is GRANTED. 3taps' claim against LinkedIn is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____        By:_____
                             HON. EDWARD M. CHEN
                             UNITED STATES DISTRICT JUDGE