THOMAS V. CHRISTOPHER
(STATE BAR NO. 185928)
thomas@thomaschristopherlaw.com
THE LAW OFFICES OF THOMAS V.
CHRISTOPHER
415 Mission Street, 37th Floor
San Francisco, CA 94105
Telephone:    +1 415 659 1805

Attorney for Plaintiff
3taps, Inc.

ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
RUSSELL P. COHEN (STATE BAR NO. 213105)
rcohen@orrick.com
DANIEL JUSTICE (STATE BAR NO. 291907)
djustice@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
MARIA N. SOKOVA (STATE BAR NO. 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>                Plaintiff,<br><br>        vs.<br><br>LinkedIn Corporation,<br><br>                Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDMENT TO COMPLAINT AND BRIEFING SCHEDULE**<br><br><br>Judge:        Hon. Edward M. Chen<br>Trial Date:    None Set<br>Action Filed: February 8, 2018 |

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);

WHEREAS on February 23, 2018, the Court ordered this action related to *hiQ Labs, Inc. v. LinkedIn Corp*., No. 17-cv-03301-EMC (the "hiQ Action");

WHEREAS, on August 13, 2021, after the expiration of a stay pending appeal in the hiQ Action, LinkedIn filed a Motion to Dismiss 3tap's Complaint (ECF No. 51);

WHEREAS, on August 26, 2021, 3taps filed an Opposition to Linkedin's Motion to Dismiss (ECF No. 53);

WHEREAS, the parties subsequently met and conferred, and agreed, in the interests of efficiency of the parties and the Court, that LinkedIn would withdraw its Motion to Dismiss without prejudice and that 3taps would file an amended complaint;

WHEREAS, the parties further agreed that 3taps' filing of an amended complaint is in no way an admission by 3taps that LinkedIn's Motion to Dismiss is meritorious or that the Complaint required amending, and further that the withdrawal of the Motion to Dismiss by LinkedIn is in no way an admission by LinkedIn that (i) the Motion to Dismiss lacked merit, and/or (ii) the Complaint can be amended in such a way as to cure the defects referenced in the Motion to Dismiss;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1.      LinkedIn hereby withdraws its Motion to Dismiss 3taps' Complaint (ECF No. 51) without prejudice pursuant to the Parties' stipulation that 3taps will file an amended complaint by October 8, 2021.

2.      3taps shall file its amended complaint by October 8, 2021.

3.      LinkedIn shall answer or otherwise respond to the amended complaint by December 7, 2021.

4.      If LinkedIn responds to the amended complaint by motion, any opposition thereto shall be due on February 7, 2022, and any reply shall be due on March 9, 2022. The Parties shall meet and confer to determine a hearing on the motion consistent with

STIPULATION AND [~~PROPOSED~~] ORDER
18-cv-00855-EMC

1    this schedule prior to the filing of the motion by LinkedIn.

2         5.      The deadlines in this order supersede the deadlines set in the parties' prior

3    stipulation (ECF No. 30).

4         6.      Nothing in this order precludes either party from applying to the Court for

5    relief from any deadline set forth in this stipulation and proposed order.

6

7

Dated: September 1, 2021                    Orrick, Herrington & Sutcliffe LLP

8

9

By:   _/s/ Annette L. Hurst_

10                                              ANNETTE L. HURST
                                                Attorneys for Defendant
11                                              LinkedIn Corporation

12

13

14   Dated: September 1, 2021                    The Law Offices of Thomas V. Christopher

15

16                                              By:   _/s/ Thomas V. Christopher_

17                                              THOMAS V. CHRISTOPHER
                                                Attorneys for Plaintiff
18                                              3taps, Inc.

19

20        **Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password

21   are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that

22   I have obtained concurrence in the filing of this document from the above-listed signatories.

23

24

25                                              By:   _/s/ Annette L. Hurst_
                                                       ANNETTE L. HURST
26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
                                                     18-cv-00855-EMC

1

**[~~PROPOSED~~] ORDER**

2

Pursuant to Stipulation, it is SO ORDERED.

3

4

Dated: <u>September 2</u>, 2021

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- - 3 - -

STIPULATION AND [~~PROPOSED~~] ORDER
18-cv-00855-EMC