```
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
SARAH MULLINS (SBN 324558)
sarahmullins@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401
```

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| LinkedIn Corporation, | Judge:    Hon. Edward M. Chen |
| Defendant. | |

1    PLEASE TAKE NOTICE that Sarah Mullins of Orrick, Herrington & Sutcliffe LLP
2 enters her appearance in the above-captioned matter for Defendant and Counterclaimant LinkedIn
3 Corporation.
4    LinkedIn hereby requests that all notices, including electronic ECF notices, given or
5 required to be given, and all papers served or required to be served in the above-captioned matter
6 be provided to and served upon counsel at the address set forth below:

Sarah Mullins
sarahmullins@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard St San Francisco, CA  94105-2669
Telephone:    +1415-773-5700
Facsimile:    +1 415-773-5759

Dated:  September 8, 2021                              Orrick, Herrington & Sutcliffe LLP

                                                  By:      /s/ Sarah Mullins
                                                              Sarah Mullins

- 1 -                                              NOTICE OF APPEARANCE
                                                   17-cv-03301-EMC