THOMAS V. CHRISTOPHER (STATE BAR NO. 185928)
thomas@thomaschristopherlaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
415 Mission Street, 37th Floor
San Francisco, CA 94105
Telephone: +1 415 659 1805

*Attorney for Plaintiff
3taps, Inc.*

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
SARAH K. MULLINS (SBN 324558)
sarahmullins@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 18-cv-00855-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> CMC: October 19, 2021 <br> Time: 2:30 p.m. <br><br><br> Judge: Hon. Edward M. Chen <br> Trial Date: None Set <br> Action Filed: February 8, 2018 |

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);

WHEREAS, on August 13, 2021, after the expiration of a stay pending appeal in the hiQ Action, LinkedIn filed a Motion to Dismiss 3tap's Complaint (ECF No. 51);

WHEREAS, on August 26, 2021, 3taps filed an Opposition to LinkedIn's Motion to Dismiss (ECF No. 53);

WHEREAS, the parties subsequently met and conferred, and agreed, in the interests of efficiency of the parties and the Court, that LinkedIn would withdraw its Motion to Dismiss without prejudice and that 3taps would file an amended complaint;

WHEREAS, the parties stipulated to and this Court entered a scheduling order in this case whereby 3taps shall file its amended complaint by October 8, 2021; LinkedIn shall answer or otherwise respond to the amended complaint by December 7, 2021; if LinkedIn responds to the amended complaint by motion, any opposition thereto shall be due on February 7, 2022, and any reply shall be due on March 9, 2022 (ECF No. 55);

WHEREAS, a Case Management Conference in this case is currently scheduled for October 19, 2021 at 2:30PM (ECF No. 49);

WHEREAS, the parties have met and conferred, and agree there are no issues they wish to raise with the court at a case management conference prior to the completion of briefing on LinkedIn's anticipated motion to dismiss;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. The case management conference currently set for October 19, 2021 at 2:30 p.m. is continued to April 5, 2022 at 2:30 p.m.
2. Nothing in this stipulation or order affects any other deadline in ECF No. 55.

Dated: September 23, 2021                                    Orrick, Herrington & Sutcliffe LLP


                                                             By:  /s/ Annette L. Hurst
                                                                  ANNETTE L. HURST
                                                                  Attorney for Defendant
                                                                  LinkedIn Corporation


Dated: September 23, 2021                                    The Law Offices of Thomas V. Christopher


                                                             By:  /s/ Thomas V. Christopher
                                                                  THOMAS V. CHRISTOPHER
                                                                  Attorneys for Plaintiff
                                                                  3taps, Inc.


**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.


                                                             By:  /s/ Annette L. Hurst
                                                                  ANNETTE L. HURST


                                    [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: September 24, 2021

                                                             _____
                                                             THE HONORABLE EDWARD M. CHEN
                                                             United States District Judge