ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| vs. | |
| LinkedIn Corporation, | Judge:     Hon. Edward M. Chen |
| Defendant. | |

PLEASE TAKE NOTICE that Sarah Mullins of Orrick, Herrington & Sutcliffe LLP hereby withdraws as counsel in the above-captioned matter for Defendant LinkedIn Corporation. LinkedIn continues to be represented by Orrick, Herrington & Sutcliffe LLP.

Dated:  December 3, 2021

Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Sarah Mullins*_____
　　　　　Sarah Mullins