ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
RUSSELL P. COHEN (STATE BAR NO. 213105)
rcohen@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
DANIEL JUSTICE (STATE BAR NO. 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 18-cv-00855-EMC <br><br> **JUSTICE DECLARATION ISO DEFENDANT LINKEDIN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

I, Daniel Justice, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am counsel of record for LinkedIn Corporation. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto. I submit this declaration in support of LinkedIn's Motion to Dismiss Plaintiff's Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a redacted excerpt of HiQ Labs, Inc.'s January 18, 2018 Series C Preferred Stock Purchased Agreement, produced by hiQ Labs, Inc. to LinkedIn Corporation during discovery in *hiQ Labs, Inc. v. LinkedIn Corp.*, 3:17-cv-03301-EMC. hiQ de-designated the unredacted portions of this Exhibit and gave express permission to LinkedIn Corporation to use this Exhibit in this litigation.

3. Attached hereto as **Exhibit B** is a redline between a true and correct copy of 3taps, Inc.'s Complaint for Declaratory Judgment Against LinkedIn Corporation (Dkt. 1) and a true and correct copy of 3taps, Inc.'s Amended Complaint for Declaratory Judgment Against LinkedIn Corporation (Dkt. 59).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this seventh day of December, 2021, in San Francisco, CA.

_____
Daniel Justice