# EXHIBIT A

# HI Q LABS, INC.

## SERIES C PREFERRED STOCK PURCHASE AGREEMENT

January 18, 2018

CONFIDENTIAL

DocuSign Envelope ID: 4489825A-9DB8-45F1-8B66-7FFD5542B357

      The parties are signing this Series C Preferred Stock Purchase Agreement as of the date stated in the introductory clause.

**INVESTORS:**

**Hard Yaka**

By: *[DocuSigned by: Greg Kidd, 74BF293E0BF9495...]*

Name: Greg Kidd
Title: President

Address:

<u>66 Starbuck Drive</u>

<u>Muir Beach, CA 94965</u>

_____

*[Signature page to Series C Preferred Stock Purchase Agreement]*

# Exhibit A

## SCHEDULE OF INVESTORS

### Initial Closing – January 18, 2018

| Investor | Cash Purchase Price | Series C Cash Shares | Total Principal and Interest | Series C Conversion Shares | Series C-1 Conversion Shares | Total Investment | Total Shares |
|---|---|---|---|---|---|---|---|
| Hard Yaka | | REDACTED | | 20,748,632 | | REDACTED | 20,748,632 |

# REDACTED

Exhibit A-1

SCHEDULE OF NOTEHOLDERS

| Investor | Date of Note | Principal Amt. of Note | Total Principal Amt. of Note Incl. Interest | Series C Shares on Conversion | Series C-1 Shares on Conversion |
|---|---|---|---|---|---|
| Hard Yaka | 11/15/2017 | REDACTED | | 20,748,632 | REDACTED |

REDACTED

CONFIDENTIAL

hiQ_mediation_00000171