1  THOMAS V. CHRISTOPHER
   (STATE BAR NO. 185928)
2  thomas@thomaschristopherlaw.com
   THE LAW OFFICES OF THOMAS V.
3  CHRISTOPHER
   415 Mission Street, 37th Floor
4  San Francisco, CA 94105
   Telephone:   +1 415 659 1805
5
   Attorney for Plaintiff
6  3taps, Inc.

   ANNETTE L. HURST (STATE BAR NO. 148738)
   ahurst@orrick.com
   RUSSELL P. COHEN (STATE BAR NO. 213105)
   rcohen@orrick.com
   DANIEL JUSTICE (STATE BAR NO. 291907)
   djustice@orrick.com
   NATHAN SHAFFER (STATE BAR NO. 282015)
   nshaffer@orrick.com
   MARIA N. SOKOVA (STATE BAR NO. 323627)
   msokova@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
   405 Howard Street
   San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 5759

   Attorneys for Defendant
   LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge:　　　Hon. Edward M. Chen<br>Trial Date:　None Set<br>Action Filed: February 8, 2018 |

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);

WHEREAS on February 23, 2018, the Court ordered this action related to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action");

WHEREAS, on August 13, 2021, after the expiration of a stay pending appeal in the hiQ Action, LinkedIn filed a Motion to Dismiss 3tap's Complaint (ECF No. 51);

WHEREAS, on August 26, 2021, 3taps filed an Opposition to Linkedin's Motion to Dismiss (ECF No. 53);

WHEREAS, on September 1, 2021, the Parties stipulated that LinkedIn would withdraw its Motion to Dismiss 3taps's Complaint without prejudice and that 3taps would file an amended complaint by October 8, 2021 (ECF5 No. 54);

WHEREAS, on September 02, 2021, the Court granted the parties stipulation (ECF No. 55);

WHEREAS, on October 05, 2021, 3taps filed an Amended Complaint (ECF No. 59);

WHEREAS, on December 07, 2021, LinkedIn filed a Motion to Dismiss the Amended Complaint (ECF No. 61);

WHEREAS, on April 7, 2022, the Court heard argument on LinkedIn's Motion to Dismiss the Amended Complaint (ECF No. 65.01);

WHEREAS, the Court granted LinkedIn's motion to dismiss with leave to amend for 3taps to provide nonconclusory allegations as to how it has engaged in meaningful preparation to conduct data scraping activity (ECF No. 67);

WHEREAS, 3taps filed a Second Amended Complaint under seal on May 12, 2022 (ECF No. 68.01);

WHEREAS, 3taps served an unredacted copy of the Second Amended Complaint on May 13, 2022;

WHEREAS, the deadline for LinkedIn to file a motion to dismiss the Second Amended Complaint is May 27, 2022;

WHEREAS the parties have met and conferred and determined a briefing schedule for

LinkedIn's motion to dismiss that is amendable to both parties;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. LinkedIn shall file its motion to dismiss the Second Amended Complaint by August 1, 2022.
2. 3taps shall file its opposition thereto by September 30, 2022.
3. LinkedIn shall file its reply by October 21, 2022.
4. LinkedIn shall notice the hearing on the motion for November 3, 2022.
5. Nothing in this order precludes either party from applying to the Court for relief from any deadline set forth in this stipulation and proposed order.

Dated: May 25, 2022                                  Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Annette L. Hurst*_____
ANNETTE L. HURST
Attorneys for Defendant
LinkedIn Corporation

Dated: May 25, 2022                                  The Law Offices of Thomas V. Christopher

By: _____*/s/ Thomas V. Christopher*_____
THOMAS V. CHRISTOPHER
Attorneys for Plaintiff
3taps, Inc.

**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

By: _____*/s/ Annette L. Hurst*_____
　　　　ANNETTE L. HURST

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Dated: _____, 2022

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge