| | |
|---|---|
| THOMAS V. CHRISTOPHER (STATE BAR NO. 185928) thomas@thomaschristopherlaw.com THE LAW OFFICES OF THOMAS V. CHRISTOPHER 415 Mission Street, 37th Floor San Francisco, CA 94105 Telephone: +1 415 659 1805  Attorney for Plaintiff 3taps, Inc. | ANNETTE L. HURST (STATE BAR NO. 148738) ahurst@orrick.com RUSSELL P. COHEN (STATE BAR NO. 213105) rcohen@orrick.com DANIEL JUSTICE (STATE BAR NO. 291907) djustice@orrick.com NATHAN SHAFFER (STATE BAR NO. 282015) nshaffer@orrick.com MARIA N. SOKOVA (STATE BAR NO. 323627) msokova@orrick.com ORRICK, HERRINGTON & SUTCLIFFE LLP The Orrick Building 405 Howard Street San Francisco, CA  94105-2669 Telephone: +1 415 773 5700 Facsimile: +1 415 773 5759  Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>            Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge:         Hon. Edward M. Chen<br>Trial Date:   None Set<br>Action Filed: February 8, 2018 |

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);

WHEREAS on February 23, 2018, the Court ordered this action related to *hiQ Labs, Inc. v. LinkedIn Corp.*, No. 17-cv-03301-EMC (the "hiQ Action");

WHEREAS, on August 13, 2021, after the expiration of a stay pending appeal in the hiQ Action, LinkedIn filed a Motion to Dismiss 3tap's Complaint (ECF No. 51);

WHEREAS, on August 26, 2021, 3taps filed an Opposition to Linkedin's Motion to Dismiss (ECF No. 53);

WHEREAS, on September 1, 2021, the Parties stipulated that LinkedIn would withdraw its Motion to Dismiss 3taps's Complaint without prejudice and that 3taps would file an amended complaint by October 8, 2021 (ECF5 No. 54);

WHEREAS, on September 02, 2021, the Court granted the parties stipulation (ECF No. 55);

WHEREAS, on October 05, 2021, 3taps filed an Amended Complaint (ECF No. 59);

WHEREAS, on December 07, 2021, LinkedIn filed a Motion to Dismiss the Amended Complaint (ECF No. 61);

WHEREAS, on April 7, 2022, the Court heard argument on LinkedIn's Motion to Dismiss the Amended Complaint (ECF No. 65.01);

WHEREAS, the Court granted LinkedIn's motion to dismiss with leave to amend for 3taps to provide nonconclusory allegations as to how it has engaged in meaningful preparation to conduct data scraping activity (ECF No. 67);

WHEREAS, 3taps filed a Second Amended Complaint under seal on May 12, 2022 (ECF No. 68.01);

WHEREAS, 3taps served an unredacted copy of the Second Amended Complaint on May 13, 2022;

WHEREAS, the deadline for LinkedIn to file a motion to dismiss the Second Amended Complaint is May 27, 2022;

WHEREAS the parties have met and conferred and determined a briefing schedule for

LinkedIn's motion to dismiss that is amendable to both parties;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. LinkedIn shall file its motion to dismiss the Second Amended Complaint by August 1, 2022.
2. 3taps shall file its opposition thereto by September 30, 2022.
3. LinkedIn shall file its reply by October 21, 2022.
4. LinkedIn shall notice the hearing on the motion for November 3, 2022.
5. Nothing in this order precludes either party from applying to the Court for relief from any deadline set forth in this stipulation and proposed order.

Dated: May 25, 2022                          Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorneys for Defendant
LinkedIn Corporation

Dated: May 25, 2022                          The Law Offices of Thomas V. Christopher

By: _____/s/ Thomas V. Christopher_____
THOMAS V. CHRISTOPHER
Attorneys for Plaintiff
3taps, Inc.

**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

By: */s/ Annette L. Hurst*
ANNETTE L. HURST

**[~~PROPOSED~~] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Dated: May 25 , 2022

THE HONORABLE EDWARD M. CHEN
United States District Judge