THOMAS V. CHRISTOPHER
(STATE BAR NO. 185928)
thomas@thomaschristopherlaw.com
THE LAW OFFICES OF THOMAS V.
CHRISTOPHER
415 Mission Street, 37th Floor
San Francisco, CA 94105
Telephone:    +1 415 659 1805

Attorney for Plaintiff
3taps, Inc.

ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
RUSSELL P. COHEN (STATE BAR NO. 213105)
rcohen@orrick.com
NATHAN SHAFFER (STATE BAR NO. 282015)
nshaffer@orrick.com
DANIEL JUSTICE (STATE BAR NO. 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| --- | --- |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | Judge:         Hon. Edward M. Chen<br>Trial Date:    None Set<br>Action Filed: February 8, 2018 |

WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);

WHEREAS on February 23, 2018, the Court ordered this action related to *hiQ Labs, Inc. v. LinkedIn Corp*., No. 17-cv-03301-EMC (the "hiQ Action");

WHEREAS, on August 13, 2021, after the expiration of a stay pending appeal in the hiQ Action, LinkedIn filed a Motion to Dismiss 3taps' Complaint (ECF No. 51);

WHEREAS, on August 26, 2021, 3taps filed an Opposition to Linkedin's Motion to Dismiss (ECF No. 53);

WHEREAS, on September 2, 2021, the Court ordered, per the parties' joint stipulation on September 1, 2021 (ECF No. 54), that LinkedIn withdraw its Motion to Dismiss without prejudice and that 3taps would file an amended complaint by October 8, 2021 (ECF No. 55);

WHEREAS, 3taps filed an Amended Complaint against LinkedIn on October 5, 2021 (ECF No. 59);

WHEREAS, on December 7, 2021, LinkedIn filed a Motion to Dismiss 3taps' Amended Complaint (ECF No. 61);

WHEREAS, on February 3, 2022, 3taps filed an Opposition to Linkedin's Motion to Dismiss 3tap's Amended Complaint (ECF No. 63);

WHEREAS, on April 14, 2022, after hearing argument on April 7, 2022 (ECF No. 65.01), the Court granted LinkedIn's motion to dismiss with leave to amend for 3taps to provide nonconclusory allegations as to how it has engaged in meaningful preparation to conduct data scraping activity (ECF No. 67);

WHEREAS, 3taps filed a Second Amended Complaint under seal on May 12, 2022 (ECF No. 68.01) and served an unredacted copy to LinkedIn on May 13, 2022;

WHEREAS, on May 25, 2022, the Court ordered, per the parties' joint stipulation on the same day (ECF No. 70), that LinkedIn file its motion to dismiss 3taps' Second Amended Complaint by August 1, 2022 and notice the hearing on the motion for November 3, 2022 (ECF No. 71).

WHEREAS, the parties have met and conferred and agreed, due to a scheduling conflict,

STIPULATION AND [PROPOSED] ORDER
18-cv-00855-EMC

1    to modify the stipulated briefing and hearing schedule;

2           NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED

3    AND AGREED:

4           1.     LinkedIn shall file its motion to dismiss the Second Amended Complaint

5    by August 1, 2022.

6           2.     3taps shall file its opposition thereto by September 30, 2022.

7           3.     LinkedIn shall file its reply by October 14, 2022.

8           4.     LinkedIn shall notice the hearing on the motion for October 27, 2022.

9           5.     The deadlines in this order supersede the deadlines set in the parties' prior

10   stipulation (ECF No. 71).

11          6.     Nothing in this order precludes either party from applying to the Court for

12   relief from any deadline set forth in this stipulation and proposed order.

13

14   Dated: July 19, 2022                    Orrick, Herrington & Sutcliffe LLP

15

16
                                            By:  _____/s/ *Annette L. Hurst*_____
17                                                   ANNETTE L. HURST
                                                   Attorneys for Defendant
18                                                 LinkedIn Corporation

19

20

21   Dated: July 19, 2022                    The Law Offices of Thomas V. Christopher

22

23
                                            By:  _____/s/ *Thomas V. Christopher*_____
24                                                   THOMAS V. CHRISTOPHER
                                                   Attorneys for Plaintiff
25                                                 3taps, Inc.

26

27

28

                                        - 2 -          STIPULATION AND [PROPOSED] ORDER
                                                                      18-cv-00855-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

By:    /s/ *Annette L. Hurst*
    ANNETTE L. HURST

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Dated: July 22          , 2022

THE HONORABLE EDWARD M. CHEN
United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER
18-cv-00855-EMC