# EXHIBIT 8

THOMAS V. CHRISTOPHER (SBN#185928)
Thomas@ThomasChristopherLaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 659-1805
Facsimile:  (415) 659-1950

Attorney for Non-Party
3TAPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| hiQ Labs, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LinkedIn Corp,<br><br>　　　　　　Defendant. | CASE No.:   17-cv-03301-EMC<br><br>[PROPOSED] ORDER GRANTING NON-PARTY 3TAPS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER N.D. CAL. CIVIL LOCAL RULE 3-12<br><br>**Date:   No hearing requested**<br>**Time:   No hearing requested**<br>**Ctrm:   No hearing requested**<br>**Judge:  Hon. Edward M. Chen**<br><br>**Trial date:  None Set.** |

Case 3:17-cv-03301-EMC   Document 108   Filed 02/22/22   Page 3 of 3

1. The Court, having considered all papers submitted in favor of and opposed to 3taps' Inc.'s Administrative Motion To Consider Whether Cases Should Be Related Under N.D. Cal. Civil Local Rule 3-12 (the "Motion"), and good cause appearing therefore, hereby orders as follows:

1. The Motion is <u>granted.</u>

2. <u>3taps, Inc. v. LinkedIn Corp.</u>, No. 4:18-cv-00855-NC, filed February 8, 2018, is ordered related to this matter under Civil Local Rule 3-12.  The clerk is directed to reassign that matter to this Court.

**IT IS SO ORDERED.**

Dated: Feb. 22, 2018



APPROVED
Judge Edward M. Chen

[Proposed] Order Re 3taps' Mot. Re Related Cases                                   Case No. 3:17-cv-03301-EMC