# EXHIBIT 11

HOME    ADVOCACY    DEVELOPERS    @3TAPS    CONTACT US

# 3taps: One-Stop Data Shop for Developers



## Keeping exchange-related data in the public domain

### The Craigslist Lawsuit

3taps and Craigslist have reached a global settlement of 3taps' antitrust claims and craigslist's claims against 3taps.

### API Registration

Now you do not need to register to use API.

### What is 3taps?

3taps is an exchange platform dedicated to keeping public facts publicly accessible. We collect, organize, and distribute exchange-related data for developer use.

Read more on 3taps' statement regarding craigslist's misuse of the CFAA

The Data Commons is open to all posting sources and developers interested in creating fair and efficient markets. All transaction-specific information is available at the same time, to everyone.

@3taps

Get in touch

Follow

Contact Us

© 2020 3taps Inc

Terms of Service    Privacy