# EXHIBIT 12

## ADVOCACY

### Public facts are public property.

People have the ability to discover publicly available facts about items offered for exchange. These facts are public property, and are made discoverable without a need to ask permission.

### Open access requires equal access.

Factual data is accessible to all on an equal basis, meaning that people have access to the same body of data at the same time.

### Exchanges are for verified but privacy preserved persons.

Depending on the preferences of the seekers and providers to an exchange, identity information may be fully revealed, partially revealed, or fully anonymous.

### Metadata is portable and stays with exchange postings.

Information such as usage, commentary, payment, feedback, etc. about an exchange constitute metadata for which there are private and public rights and responsibilities that are persistently affixed to the posting in question.

### Controversies are flagged, not censored.

Exchange postings flagged by the community are immediately denoted as such and are omitted from "safe search" results. All persons retain the right and ability to override and view content that other members of the community have flagged – except for content that i) may violate legitimate claims of privacy or confidentiality (see Section 3); ii) are subject to a claim of copyright infringement (see Section 4); or iii) that violate any of the provisions regarding abuse denoted in Section 2.2.

### White Pages

- Are Public Facts Public Property?
- A Data Commons in the Exchange Space
- A Call For Exchange Neutrality
- A Brief History of Search
- Craigslist by the Numbers
- Norms of Computer Tresspass by Orin Kerr

### Open Access Manifesto

Craigslist attempts to thwart the 3taps data commons through onerous copyright, trademark, and access litigation has given us a chance to do some soul searching on what "Open Access" for the web really means for competition, innovation and user rights.  Please read our Manifesto and FAQ on these points below.

- 3taps Manifesto
- 3taps FAQ
- Craigslist's Cease and Desist - March 7, 2012
- Craigslist's Complaint - July 20, 2012
- 3taps Press Release - September 24, 2012
- 3taps Counterclaim - September 24, 2012
- Padmapper Answer and Counterclaim - October 30, 2012
- Padmapper Motion to Dismiss - October 30, 2012
- Craigslist's Answer to 3taps' Counterclaim - November 20, 2012
- Craigslist's Answer to Padmapper's Counterclaim - November 20, 2012
- Craigslist's Amended Complaint - Novemeber 20, 2012
- 3taps Amended Counterclaim - December 21, 2012
- Padmapper Amended Counterclaim - December 21, 2012
- Padmapper Answer - December 21, 2012
- Padmapper Amended Motion to Dismiss - December 21, 2012
- Padmapper Proposed Order Granting Limited Motion to Dismiss - December 21, 2012
- Magna Charta, re: "Magic Words" for Intellectual Property Rights - February 19, 2013

- Order Granting in Part and Denying in Part Motions to Dismiss - April 30, 2013
- 3taps Press Release - April 30, 2013
- The What and the Why of It: 3taps' Dispute with Craigslist - May 2, 2013
- 3taps CFAA Brief - June 7, 2013
- EFF Amicus Brief - June 18, 2013
- Craigslist Response to Motion to Dismiss CFAA - July 2, 2013
- 3taps Reply to Motion to Dismiss CFAA - July 12, 2013
- Order Denying Motion to Dismiss CFAA - August 16, 2013
- 3taps Statement Regarding craigslist's Misuse of the CFAA - August 19, 2013
- HIQ Labs v. LinkedIn - August 14, 2017
- Answering Brief  HiQ vs. LinkedIn - November 20, 2017
- Amicus of EFF, DuckDuckGo and Internet Archive on HiQ vs. LinkedIn - November 27, 2017
- Amicus of 3taps in Response to Amicus from Craigslist on HiQ vs. LinkedIn - November 27, 2017
- Amicus of Scraping Hub to HiQ vs. LinkedIn - November 27, 2017
- Amicus of EPIC on HiQ vs. LinkedIn - October 10, 2017
- Amicus of Craigslist on HiQ vs. LinkedIn - October 10, 2017
- Amicus of CoStar Group on HiQ vs. LinkedIn - October 10, 2017
- Public, Private, or Anonymous - December 8, 2017
- HiQ vs. LinkedIn Appellant's Reply Brief - December 11, 2017
- Victory! Ruling in hiQ v. Linkedin Protects Scraping of Public Data
- Ruling in hiQ v. Linkedin - September 9, 2019

@3taps

Follow

Get in touch

Contact Us

© 2020 3taps Inc                                                                                    Terms of Service     Privacy