# EXHIBIT 14

HOME    ADVOCACY    **DEVELOPERS**    @3TAPS    CONTACT US

DEVELOPERS                                    OVERVIEW    **SOURCE CODE**    DOCUMENTATION

## We call it a data commons. You'll call it awesome.



### Search API

The Search API allows third parties to search against the database of postings and leverage the 3taps back-end.

Learn More



### Polling API

The Polling API enables third parties to "poll" the server to obtain a list of new and updated postings as they come in. For users wanting to download the data locally process the postings, this is the most efficient solution.

Learn More

### Reference API

The Reference API provides information about the data sources, categories, and locations available within the 3taps system.

Learn More



### Read the Documentation

Once you're ready to dive in, check out our docs to find out what you can do with our APIs.

@3taps

**Follow**

Get in touch

**Contact Us**

© 2020 3taps Inc

Terms of Service    Privacy