# EXHIBIT 15



# This site can't be reached

**docs.3taps.com** took too long to respond.

Try:

- Checking the connection
- Checking the proxy and the firewall
- Running Windows Network Diagnostics

ERR_CONNECTION_TIMED_OUT

Reload                                                                                                           Details