# EXHIBIT 18



## This site can't be reached

**docs.3taps.com** took too long to respond.

Try:

- Checking the connection
- [Checking the proxy and the firewall](#)
- [Running Windows Network Diagnostics](#)

ERR_CONNECTION_TIMED_OUT

Reload                                                                                          Details