ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant*
*LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:　　　　Hon. Edward M. Chen<br>Hearing Date:　October 27, 2022<br>Hearing Time:　1:30 p.m.<br>Ctrm:　　　　Courtroom 5<br>Trial Date:　　None Set |

I, Annette L. Hurst, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, attorneys of record for Defendant LinkedIn Corporation. ("LinkedIn"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rules 7-11 and 79-5(f), I submit this declaration in support of LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

3. I have reviewed LinkedIn's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion").

4. I have reviewed LinkedIn's Request for Judicial Notice In Support Of Its Motion to Dismiss Second Amended Complaint ("RJN").

5. Based on my review, the Motion, RJN, and Exhibits 9-10 contain or reflect information that 3taps has filed under seal as follows:

| Portion of Motion to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of pages 1-2, 6-7, 12, & 15-18 of the Motion | The highlighted portions reflect information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Highlighted portions of pages 2 & 4 of the RJN. | The highlighted portions reflect information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 9 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 10 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 1, 2022, in San Francisco, California.

                                               __/s/ Annette L. Hurst__
                                                     Annette L. Hurst