ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building 405 Howard Street San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendant*
*LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LinkedIn Corporation,<br><br>　　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:　　　　Hon. Edward M. Chen<br>Hearing Date:　October 27, 2022<br>Hearing Time:　1:30 p.m.<br>Ctrm:　　　　Courtroom 5<br>Trial Date:　　None Set |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion"), Request for Judicial Notice In Support Of Its Motion to Dismiss Second Amended Complaint ("RJN"), and two Exhibits because they identify material in 3taps's Second Amended Complaint that 3taps has filed under seal. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff 3taps:

| Portion of Motion to be Sealed |
| --- |
| Highlighted portions of pages 1-2, 6-7, 12, 15 & 18 of the Motion |
| Highlighted portions of pages 2 & 4 of the RJN |
| Exhibit 9 |
| Exhibit 10 |

**IT IS SO ORDERED**

Dated: _____

                                              HON. EDWARD M. CHEN
                                              United States District Judge