ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 415 773 5700
Facsimile:	+1 415 773 5759

*Attorneys for Defendant*
*LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3Taps, Inc.,<br><br>     Plaintiff,<br><br>     v.<br><br>LinkedIn Corporation,<br><br>     Defendant. | Case No. 18-cv-00855-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:         Hon. Edward M. Chen<br>Hearing Date:  October 27, 2022<br>Hearing Time:  1:30 p.m.<br>Ctrm:          Courtroom 5<br>Trial Date:    None Set |

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, CA 92614.

On August 1, 2022, I served unredacted versions of the foregoing documents described as:

1) **DEFENDANT LINKEDIN'S NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**
2) **DEFENDANT LINKEDIN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS SECOND AMENDED COMPLAINT;**
3) **EXHIBIT 9;**
4) **EXHIBIT 10.**

upon the interested parties in this action as follows:

☐   (BY MAIL)  I caused copies of the foregoing document(s) to be placed in a sealed envelope addressed as set forth below.  Each such envelope was placed for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒   (BY EMAIL)  By transmitting a true pdf copy of the foregoing document(s) by e-mail transmission from lsowell@orrick.com to the interested parties at the e-mail address(es) set forth below.  Said transmission(s) were completed on the aforesaid date, and there were no errors reported in the transmission process.

☐   (BY OVERNIGHT DELIVERY) I caused to be deposited in a box or other facility regularly maintained by Federal Express, a true copy of the foregoing document(s) in a sealed envelope or package designated by Federal Express, addressed as set forth below, with fees for overnight delivery paid or provided for.

| THOMAS V. CHRISTOPHER (SBN 185928) <br> thomas@thomaschristopherlaw.com <br> THE LAW OFFICES OF THOMAS V. CHRISTOPHER <br> 415 Mission Street, 37th Floor <br> San Francisco, CA 94105 <br> Telephone: +1 415 659 1805 | *Counsel for Plaintiff 3taps, Inc.* |
|---|---|

//
//

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 1, 2022, at San Francisco, California.

*Linda Sowell*
_____
Linda Sowell

2

CERTIFICATE OF SERVICE
18-CV-00855-EMC