| | |
|---|---|
| THOMAS V. CHRISTOPHER<br>(STATE BAR NO. 185928)<br>thomas@thomaschristopherlaw.com<br>THE LAW OFFICES OF THOMAS V. CHRISTOPHER<br>415 Mission Street, 37th Floor<br>San Francisco, CA 94105<br>Telephone: +1 415 659 1805<br><br>*Attorney for Plaintiff*<br>*3taps, Inc.* | ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>RUSSELL P. COHEN (SBN 213105)<br>rcohen@orrick.com<br>DANIEL JUSTICE (SBN 291907)<br>djustice@orrick.com<br>NATHAN SHAFFER (SBN 282015)<br>nshaffer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>*Attorneys for Defendant*<br>*LinkedIn Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LinkedIn Corporation,<br><br>　　　　Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC:　　　August 23, 2022<br>Time:　　　1:30 p.m.<br><br>Judge:　　　Hon. Edward M. Chen<br>Trial Date:　　None Set<br>Action Filed: February 8, 2018 |

1  WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action
2  against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);
3  WHEREAS, on August 13, 2021, after the expiration of a stay pending appeal in the
4  hiQ Action, LinkedIn filed a Motion to Dismiss 3tap's Complaint (ECF No. 51);
5  WHEREAS, on August 26, 2021, 3taps filed an Opposition to LinkedIn's Motion to
6  Dismiss (ECF No. 53);
7  WHEREAS, the parties subsequently met and conferred, and agreed, in the interests of
8  efficiency of the parties and the Court, that LinkedIn would withdraw its Motion to Dismiss
9  without prejudice and that 3taps would file an amended complaint;
10  WHEREAS, the parties stipulated to and this Court entered a scheduling order in this case
11  setting a schedule for 3taps to file an amended complaint and for LinkedIn to respond (ECF No.
12  55);
13  WHEREAS, 3taps filed an amended complaint on October 5, 2021 (ECF No. 59),
14  LinkedIn moved to dismiss the amended complaint on December 7, 2021 (ECF No. 61), and the
15  Court granted LinkedIn's motion to dismiss with leave to amend on April 14, 2022 (ECF No. 67);
16  WHEREAS, 3taps filed a second amended complaint on May 12, 2022 (ECF No. 68);
17  WHEREAS, the parties stipulated to and the Court entered a briefing scheduling setting
18  LinkedIn's motion to dismiss for August 1, 2022, 3taps's opposition for September 30, 2022,
19  LinkedIn's reply for October 14, 2022, and the hearing on the motion for October 27, 2022 (ECF
20  No. 75);
21  WHEREAS, LinkedIn filed a motion to dismiss the second amended complaint on August
22  1, 2022 (ECF No. 76);
23  WHEREAS, a Case Management Conference in this case is currently scheduled for
24  August 23, 2022 at 1:30PM (ECF No. 69);
25  WHEREAS, the parties have met and conferred, and agree that in the interest of efficiency
26  the upcoming case management conference should be moved to the hearing date for LinkedIn's
27  motion to dismiss the second amended complaint, or as soon thereafter as the Court directs
28  consistent with its calendar;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. The case management conference currently set for August 23, 2022 at 1:30PM is continued to October 27, 2022 at 1:30PM, the same as the hearing date for LinkedIn's motion to dismiss the second amended complaint.

2. Nothing in this stipulation or order affects any other deadline.

Dated: August 15, 2022                     Orrick, Herrington & Sutcliffe LLP


By: _/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorney for Defendant
LinkedIn Corporation


Dated: August 15, 2022                     The Law Offices of Thomas V. Christopher


By: _/s/ Thomas V. Christopher_____
THOMAS V. CHRISTOPHER
Attorneys for Plaintiff
3taps, Inc.

**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.


By: _/s/ Annette L. Hurst_____
ANNETTE L. HURST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge