UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>      Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>      Defendant. | Case No. 18-cv-00855-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Edward M. Chen<br>Hearing Date: October 27, 2022<br>Hearing Time: 1:30 p.m.<br>Ctrm: Courtroom 5<br>Trial Date: None Set |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion"), Request for Judicial Notice In Support Of Its Motion to Dismiss Second Amended Complaint ("RJN"), and two Exhibits because they identify material in 3taps's Second Amended Complaint that 3taps has filed under seal. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff 3taps:

| Portion of Motion to be Sealed |
| --- |
| Highlighted portions of pages 1-2, 6-7, 12, 15 & 18 of the Motion |
| Highlighted portions of pages 2 & 4 of the RJN |
| Exhibit 9 |
| Exhibit 10 |

**IT IS SO ORDERED**

Dated: August 16, 2022

_____
HON. EDWARD M. CHEN
United States District Judge