Thomas V. Christopher (Bar No. 185928)
**The Law Offices of Thomas V. Christopher**
The Salesforce Tower
415 Mission Street, 37th Floor
San Francisco, CA 94105
415-659-1805
Email: Thomas@ThomasChristopherLaw.com

Attorneys for Plaintiff 3taps, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3TAPS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>    Defendant. | CASE NO. 3:18-cv-00855-EMC<br><br>**DECLARATION OF THOMAS V. CHRISTOPHER IN SUPPORT OF PLAINTIFF 3TAPS, INC.'S OPPOSITION TO DEFENDANT LINKEDIN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge:       Hon. Edward M. Chen<br>Hearing:    Oct. 27, 2022<br>Time:        1:30 p.m.<br>Location:  Courtroom 5<br>Trial:        None Set |

I, Thomas V. Christopher, declare as follows:

1.  I am an attorney licensed to practice law in the state of California and this Court.  I am counsel to plaintiff 3taps, Inc.

2.  Attached hereto as Exhibit A is a true and correct copy of a printout from the website of the Secretary of State, State of Delaware, retrieved on September 29, 2022.

I declare under penalty of perjury of the laws of the United States that the following is true and correct.  Executed on this 29th of September, 2022.

*Tom Christopher*

**1**

**CHRISTOPHER DECL. RE OPPOSITION TO MOTION TO DISMISS SAC – NO. 3:18-cv-00855-EMC**

# Exhibit A



**Department of State: Division of Corporations**

[Allowable Characters](#)

| HOME |
|---|

[View Search Results](#)

|  | Entity Details |
|---|---|

| [File Number:](#) | **4699494** | [Incorporation Date / Formation Date:](#) | **6/16/2009** (mm/dd/yyyy) |
|---|---|---|---|
| [Entity Name:](#) | **3TAPS INC.** | | |
| [Entity Kind:](#) | **Corporation** | [Entity Type:](#) | **General** |
| [Residency:](#) | **Domestic** | State: | **State:** |
| [Status:](#) | **Good Standing** | Status Date: | **9/26/2022** |

**TAX INFORMATION**

| [Last Annual Report Filed:](#) | **2019** | Tax Due: | **$ 0** |
|---|---|---|---|
| [Annual Tax Assessment:](#) | **$ 27150.6986** | [Total Authorized Shares:](#) | **12000000** |

**REGISTERED AGENT INFORMATION**

| Name: | **NATIONAL REGISTERED AGENTS, INC.** |
|---|---|
| Address: | **1209 ORANGE STREET** |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Renewal for | 1 | 9/26/2022 | 8:59 | 9/26/2022 |

|   | Void | | | | AM | |
| 2 | Restated; Stock | 8 | 3/24/2011 | | 6:15 PM | 3/24/2011 |
| 3 | Stock Corporation | 1 | 6/16/2009 | | 5:15 PM | 6/16/2009 |

Back to Entity Search     Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov