| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
|   | ahurst@orrick.com |
| 2 | RUSSELL P. COHEN (SBN 213105) |
|   | rcohen@orrick.com |
| 3 | NATHAN SHAFFER (SBN 282015) |
|   | nshaffer@orrick.com |
| 4 | DANIEL JUSTICE (SBN 291907) |
|   | djustice@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 6 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 7 | Telephone:   +1 415 773 5700 |
|   | Facsimile:    +1 415 773 5759 |
| 8 | |
| 9 | *Attorneys for Defendant*<br>*LinkedIn Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 3taps, Inc., | | Case No. 18-cv-00855-EMC |
| | Plaintiff, | **LINKEDIN CORPORATION'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| | vs. | |
| LinkedIn Corporation, | | |
| | Defendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), LinkedIn Corporation ("LinkedIn") hereby moves to file under seal portions of LinkedIn's Reply ISO LinkedIn's Motion to Dismiss Plaintiff's Second Amended Complaint ("Reply"), the Justice Declaration ISO LinkedIn's October 14 Filings ("Justice Declaration"), and Exhibits 22 & 24-26 that quote from or reflect information in Plaintiff 3taps Inc.'s ("3taps") Second Amended Complaint that 3taps has filed under seal.  In support of this request, LinkedIn submits the Declaration of Annette L. Hurst, a copy of the Reply and a copy of the Justice Declaration with highlights indicating the information subject to this request to seal, and the confidential exhibits subject to this request to seal, as well as a proposed order.

Specifically, LinkedIn seeks an order sealing the following information that 3taps has filed under seal:

| Portion of Motion to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of pages 1-7 & 10 of the Reply. | The highlighted portions reflect information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Highlighted portions of page 1 of the Justice Declaration. | The highlighted portions reflect information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 22 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 24 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 25 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 26 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |

Dated: October 14, 2022                              Orrick, Herrington & Sutcliffe LLP


By:     */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for Defendant
LinkedIn Corporation