ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> LinkedIn Corporation, <br><br> Defendant. | Case No. 18-cv-00855-EMC <br><br> **DECLARATION OF ANNETTE L. HURST IN SUPPORT OF LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Annette L. Hurst, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe, LLP, attorneys of record for Defendant LinkedIn Corporation. ("LinkedIn"). I have personal knowledge of the facts set forth below and if called as a witness I could and would competently testify to those facts.

2. Pursuant to Civil Local Rules 7-11 and 79-5(f), I submit this declaration in support of LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").

3. I have reviewed LinkedIn's Reply ISO LinkedIn's Motion to Dismiss Plaintiff's Second Amended Complaint ("Reply") and the supporting materials.

4. Based on my review, the Reply, the Justice Declaration ISO LinkedIn's October 14 Filings ("Justice Declaration") and Exhibits 22 & 24-26 contain or reflect information that 3taps has filed under seal as follows:

| Portion of Motion to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of pages 1-7 & 10 of the Reply | The highlighted portions reflect information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Highlighted portions of page 1 of the Justice Declaration | The highlighted portions reflect information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 22 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 24 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 25 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |
| Exhibit 26 | The exhibit reflects information in 3taps's Second Amended Complaint that 3taps has filed under seal. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 14, 2022, in San Francisco, California.

                                                 /s/ *Annette L. Hurst*
                                                    Annette L. Hurst