UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>       Plaintiff,<br><br>   vs.<br><br>LinkedIn Corporation,<br><br>       Defendant. | Case No. 18-cv-00855-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5 ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Before the Court is LinkedIn Corporation's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to seal portions of LinkedIn's Reply ISO LinkedIn's Motion to Dismiss Plaintiff's Second Amended Complaint ("Reply"), the Justice Declaration ISO LinkedIn's October 14 Filings ("Justice Declaration"), and four Exhibits because they identify material in 3taps's Second Amended Complaint that 3taps has filed under seal. Accordingly, LinkedIn may file such material under seal pursuant to Local Rule 79-5(f) and the Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel for LinkedIn may file under seal the following material designated by Plaintiff 3taps:

| Portion of Motion to be Sealed |
| --- |
| Highlighted portions of pages 1-7 & 10 of the Reply |
| Highlighted portions of page 1 of the Justice Declaration |
| Exhibit 22 |
| Exhibit 24 |
| Exhibit 25 |
| Exhibit 26 |

**IT IS SO ORDERED**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge

- 1 -

[PROPOSED] ORDER
GRANTING MOT. TO SEAL
18-CV-00855-EMC