UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>           Plaintiff,<br><br>      vs.<br><br>LinkedIn Corporation,<br><br>           Defendant. | Case No. 18-cv-00855-EMC<br><br>**[PROPOSED] ORDER GRANTING LINKEDIN CORPORATION'S LOCAL RULE 79-5(G)(3) ADMINISTRATIVE MOTION TO UNSEAL DOCUMENTS** |

Before the Court is LinkedIn Corporation's Local Rule 79-5(g)(3) Administrative Motion To Unseal Documents ("Administrative Motion"). The Administrative Motion seeks to unseal 3taps Inc.'s ("3taps") Second Amended Complaint ("SAC") and the portions of LinkedIn's Motion to Dismiss 3taps's SAC ("Motion"), and affiliated papers, that were filed under seal for reflecting the sealed information in the SAC. Specifically, LinkedIn seeks an order unsealing the SAC (ECF No. 68-1), LinkedIn's Motion (ECF No. 76), LinkedIn's Request for Judicial Notice In Support Of Its Motion to Dismiss The Second Amended Complaint ("RJN") (ECF No. 77), Exhibit 9 (ECF No. 77-9), Exhibit 10 (ECF No. 77-10), and LinkedIn's Reply and supporting materials filed concurrently with LinkedIn's Motion to Unseal. 3taps's sole justification for sealing portions of the SAC was to prevent LinkedIn from learning the identity of its customer or that customer's alleged intent to use data scraped from LinkedIn. 3taps has since agreed to allow LinkedIn to view the sealed information. Consequently, there are no "compelling reasons" to maintain the information under seal. The Administrative Motion is **GRANTED.**

**IT IS HEREBY ORDERED** that ECF Nos. 68-1, 76, 77, 77-9, 77-10, and LinkedIn's Reply and supporting materials filed concurrently with LinkedIn's Motion to Unseal are unsealed in their entirety and made public.

**IT IS SO ORDERED**

Dated: _____

HON. EDWARD M. CHEN
United States District Judge