ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
RUSSELL P. COHEN (SBN 213105)
rcohen@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc., | Case No. 18-cv-00855-EMC |
| Plaintiff, | **DECLARATION OF SCOTT ROBERTS** |
| vs. | |
| LinkedIn Corporation, | |
| Defendant. | |

I, Scott Roberts, declare as follows:

1. I am the Vice President and Global Head of Business Development at LinkedIn Corporation. ("LinkedIn"). My responsibilities focus on business development, including structuring and creating partnerships that extend value to LinkedIn's members and customers; understanding the business environments in which LinkedIn operates; and making decisions as to partnership strategy and activities. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. On August 24, 2022, I was at a reception in Bryn Mawr, Pennsylvania at the home of the president of Bryn Mawr College. There were approximately 50 other people in attendance, and the event was held in the backyard of the President's home. I was introduced to a man named Greg Kidd who I had not previously met. We struck up a conversation discussing personal matters before Mr. Kidd told me that he was involved in litigation with Microsoft. I mentioned that I worked for LinkedIn and Mr. Kidd then clarified that his litigation was actually with LinkedIn. He said that he had purchased 10% of hiQ for $500,000 and referred to himself as the "bad guy" behind scraping-related lawsuits against LinkedIn. As our conversation continued, Mr. Kidd freely volunteered to me his interest in verified identification and the use of free access to data—including LinkedIn data—to enable that verification. During the course of our conversation, I made clear my roles and responsibilities at LinkedIn.

3. Our conversation took place within earshot of dozens of attendees, some of whom overheard and commented on the conversation. Indeed, at one point another guest at the reception, who apparently overheard at least some of the conversation, jokingly commented that Mr. Kidd and I were in a lawsuit with each other. At no point did Mr. Kidd raise the prospect of settlement or express an interest in resolving either the hiQ or 3taps lawsuits. Nor did he request that the conversation be maintained confidential in any way.

[*remainder of page intentionally blank*]

- 1 -

ROBERTS DECL.
18-CV-00855-EMC

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this 14th day of October, 2022, in Stockholm, Sweden.

*Scott Roberts*

SCOTT ROBERTS