OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

**CIVIL MINUTES**

**Date:** October 27, 2022            **Time:** 2:00-2:20            **Judge:** EDWARD M. CHEN
                                       20 minutes

**Case No.**: 18-cv-00855-EMC        **Case Name:** 3Taps, Inc v. LinkedIn Corporation

**Attorney for Plaintiff:** Thomas Christopher
**Attorney for Defendant:** Annette Hurst

**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Teri Veres

**PROCEEDINGS**

Motion to Dismiss - held

**SUMMARY**

Parties stated appearances.

Matter taken under submission.