| | |
|---|---|
| THOMAS V. CHRISTOPHER (STATE BAR NO. 185928) thomas@thomaschristopherlaw.com THE LAW OFFICES OF THOMAS V. CHRISTOPHER 415 Mission Street, 37th Floor San Francisco, CA 94105 Telephone:   +1 415 659 1805<br><br>Attorney for Plaintiff 3taps, Inc. | ANNETTE L. HURST (STATE BAR NO. 148738) ahurst@orrick.com RUSSELL P. COHEN (STATE BAR NO. 213105) rcohen@orrick.com NATHAN SHAFFER (STATE BAR NO. 282015) nshaffer@orrick.com DANIEL JUSTICE (STATE BAR NO. 291907) djustice@orrick.com ORRICK, HERRINGTON & SUTCLIFFE LLP The Orrick Building 405 Howard Street San Francisco, CA  94105-2669 Telephone:   +1 415 773 5700 Facsimile:    +1 415 773 5759<br><br>Attorneys for Defendant LinkedIn Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>       Plaintiff,<br><br>  vs.<br><br>LinkedIn Corporation,<br><br>       Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge:          Hon. Edward M. Chen Trial Date:    None Set Action Filed: February 8, 2018 |

STIPULATION AND [PROPOSED] ORDER
18-cv-00855-EMC

1 | WHEREAS, Plaintiff 3taps, Inc. ("3taps") filed a Complaint in the above-captioned action against Defendant LinkedIn Corporation ("LinkedIn") on February 08, 2018 (ECF No. 1);

WHEREAS, after prior motion practice, 3taps filed a Second Amended Complaint ("SAC"), which is the currently operative pleading, on May 12, 2022 (ECF No. 68.01);

WHEREAS, on November 15, 2022, after hearing argument on October 27, 2022 (ECF No. 92), the Court denied LinkedIn's motion to dismiss the SAC (ECF No. 93);

WHEREAS, under Federal Rule of Civil Procedure ("Rule") 12(a)(4)(A), the deadline for LinkedIn to answer the SAC is currently November 29, 2022;

WHEREAS, in light of the Thanksgiving holiday and competing obligations for the parties and their counsel, the parties have met and conferred and agreed to extend the deadline for LinkedIn to answer the SAC to December 20, 2022;

WHEREAS, LinkedIn anticipates that its response to the SAC will be an Answer;

WHEREAS, the parties have further agreed to a schedule that is amenable to both parties if LinkedIn's response to the SAC is a motion;

NOW, THEREFORE, FOR GOOD CAUSE, IT IS HEREBY STIPULATED AND AGREED:

1. LinkedIn shall answer or otherwise respond to 3taps' Second Amended Complaint by December 20, 2022.
2. Only if LinkedIn's response is a motion:
   a. 3taps shall file its opposition thereto by January 25, 2023.
   b. LinkedIn shall file its reply by February 8, 2023.
   c. LinkedIn shall notice the hearing on such motion for March 9, 2023.
3. Nothing in this order precludes either party from applying to the Court for relief from any deadline set forth in this stipulation and proposed order.

| | | |
|---|---|---|
| 1 | Dated: November 17, 2022 | Orrick, Herrington & Sutcliffe LLP |
| 2 | | |
| 3 | | By: _____/s/ *Annette L. Hurst*_____ |
| 4 | | ANNETTE L. HURST<br>Attorneys for Defendant<br>LinkedIn Corporation |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: November 17, 2022 | The Law Offices of Thomas V. Christopher |
| 9 | | |
| 10 | | By: _____/s/ *Thomas V. Christopher*_____ |
| 11 | | THOMAS V. CHRISTOPHER<br>Attorneys for Plaintiff<br>3taps, Inc. |

**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

By:    /s/ *Annette L. Hurst*
ANNETTE L. HURST

## [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

Dated: _____, 2023

THE HONORABLE EDWARD M. CHEN
United States District Judge