1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  NATHAN SHAFFER (SBN 282015)
   nshaffer@orrick.com
3  DANIEL JUSTICE (SBN 291907)
   djustice@orrick.com
4  ISAAC BEHNAWA (SBN 342441)
   ibehnawa@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 5759
8
   *Attorneys for Defendant*
9  *LinkedIn Corporation*

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  | 3taps, Inc., | Case No. 18-cv-00855-EMC |
15  | Plaintiff, | **NOTICE OF APPEARANCE OF ISAAC BEHNAWA** |
16  | vs. | |
17  | LinkedIn Corporation, | Judge:      Hon. Edward M. Chen |
18  | Defendant. | |

PLEASE TAKE NOTICE that Isaac Behnawa of Orrick, Herrington & Sutcliffe LLP enters his appearance in the above-captioned matter for Defendant LinkedIn Corporation.

LinkedIn hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

> Isaac Behnawa
> ibehnawa@orrick.com
> Orrick, Herrington & Sutcliffe LLP
> 405 Howard Street San Francisco, CA 94105-2669
> Telephone:   +1-415-773-5700
> Facsimile:    +1-415-773-5759

Dated: December 14, 2022                                Orrick, Herrington & Sutcliffe LLP

                                                        By:   _____/s/ Isaac Behnawa_____
                                                                    Isaac Behnawa