ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ISAAC BEHNAWA (SBN 342441)
ibehnawa@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>LinkedIn Corporation,<br><br>    Defendant. | Case No. 18-cv-00855-EMC<br><br>**NOTICE OF WITHDRAWAL OF MARIA N. SOKOVA**<br><br>Judge:    Hon. Edward M. Chen |

**TO THE CLERK OF THE COURT, PLAINTIFF 3TAPS, INC., AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Maria N. Sokova is no longer associated with the law firm of Orrick, Herrington & Sutcliffe LLP, and is hereby withdrawn as counsel for Defendant LinkedIn Corporation ("LinkedIn") in the above referenced matter. Ms. Sokova should no longer receive notices of electronic filing or other case activity through the ECF system in this action. We respectfully request that the Court update its records to reflect this change.

Orrick, Herrington & Sutcliffe LLP will continue to serve as counsel for Defendant LinkedIn and should continue to receive notices of electronic filings or other case activity.

Dated: December 21, 2022

Orrick, Herrington & Sutcliffe LLP

By: /s/ *Daniel Justice*
     Daniel Justice