THOMAS V. CHRISTOPHER
(STATE BAR NO. 185928)
thomas@thomaschristopherlaw.com
THE LAW OFFICES OF THOMAS V. CHRISTOPHER
415 Mission Street, 37th Floor
San Francisco, CA 94105
Telephone: +1 415 659 1805

*Attorney for Plaintiff
3taps, Inc.*

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
NATHAN SHAFFER (SBN 282015)
nshaffer@orrick.com
DANIEL JUSTICE (SBN 291907)
djustice@orrick.com
ISAAC BEHNAWA (SBN 342441)
ibehnawa@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendant
LinkedIn Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3taps, Inc.,<br><br>  Plaintiff,<br><br>  vs.<br><br>LinkedIn Corporation,<br><br>  Defendant. | Case No. 18-cv-00855-EMC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Edward M. Chen<br>Trial Date:  None Set<br>Action Filed: February 8, 2018 |

Plaintiff 3taps, Inc. ("3taps") and Defendant LinkedIn Corporation ("LinkedIn") (together, the "Parties"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, 3taps and LinkedIn are parties to a civil action entitled *3taps, Inc. v. LinkedIn Corporation*, in the United States District Court for the Northern District of California, Case No. 18-cv-00855-EMC (the "Litigation");

WHEREAS, 3taps has informed LinkedIn that it no longer wishes to pursue this lawsuit;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), 3taps hereby dismisses, and LinkedIn hereby stipulates to the dismissal of, all claims asserted in the Litigation.
2. This stipulated dismissal is without prejudice.
3. Each Party shall bear its own costs and fees.

Dated: January 17, 2023         Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorney for Defendant
LinkedIn Corporation

Dated: January 17, 2023         The Law Offices of Thomas V. Christopher

By: _____/s/ Thomas V. Christopher_____
THOMAS V. CHRISTOPHER
Attorneys for Plaintiff
3taps, Inc.

**Filer's Attestation:** I, Annette L. Hurst, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from the above-listed signatories.

By: /s/ Annette L. Hurst
ANNETTE L. HURST

January 27, 2023

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA